UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

MDL No. 1936 (BSJ) (DF)

In Re: TRAIN DERAILMENT NEAR TYRONE,          :
OKLAHOMA, ON APRIL 21, 2005                   :          **SCHEDULING ORDER**
                                              :
---------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

     1.     By agreement of the parties to the New York actions, the service of expert reports in those actions shall proceed on the following modified schedule:

          a.     Initial expert reports shall be served no later than June 30, 2008.

          b.     Rebuttal expert reports shall be served no later than August 1, 2008.

     2.     Expert depositions in the New York actions shall be completed no later than September 5, 2008.  The parties to the New York actions and the Illinois action are directed to confer in good faith regarding the schedule for these depositions, in light of paragraph 2 of the Court's prior Order of June 4, 2008.

     3.     Fact discovery and any additional expert discovery required in the Illinois actions shall be completed on the following schedule:

          a.     Fact discovery shall be completed no later than October 31, 2008.

          b.     Remaining expert discovery shall be completed no later than January 30, 2009.

Dated:  New York, New York
       June 27, 2008

                          SO ORDERED

                          DEBRA FREEMAN
                          United States Magistrate Judge

Copies to:

Hon. Barbara S. Jones, U.S.D.J.

All Counsel
(New York and Illinois actions)