BLANK ROME LLP
Attorneys for Defendants, Plaintiffs
& Third-Party Plaintiffs
"K" Line America, Inc. and
Kawasaki Kisen Kaisha, Ltd.
405 Lexington Avenue
New York, New York 10174-0208
(212) 885-5000
John D. Kimball (JK-2005)
David D. Jensen (DJ-2261)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: TRAIN DERAILMENT NEAR TYRONE, OKLAHOMA, ON APRIL 21, 2005 | 08 MD 1936 (BSJ) (DF)<br>06 Civ. 0615 (BSJ) (DF) &<br>consolidated cases<br><br>**STIPULATION OF DISMISSAL BETWEEN "K" LINE AMERICA, INC., KAWASAKI KISEN KAISHA, LTD., AND UNION PACIFIC RAILROAD COMPANY** |

TO THE HONORABLE UNITED STATES DISTRICT COURT:

WHEREAS, Defendants, Cross-Claimants, Third-Party Plaintiffs, and Third-Party Defendants "K" Line America, Inc. ("KAM") and Kawasaki Kisen Kaisha, Ltd. ("KL") (collectively "K Line Parties"), on the one hand, and Defendant, Cross-Claimant and Third-Party Plaintiff Union Pacific Railroad Company ("UPRR"), on the other, have entered into a settlement agreement,

NOW THEREFORE, on the consent of the K Line Parties and UPRR the claims listed below shall be, and hereby are, DISMISSED with prejudice:

1.   Cross-Claim asserted by the K Line Parties against UPRR in 06 Civ. 0615;

692233.00385/6648982v.1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08
```

2. Cross-Claim asserted by UPRR against the K Line Parties in 06 Civ. 0615;

3. Cross-Claim asserted by the K Line Parties against UPRR in 06 Civ. 2557;

4. Cross-Claim asserted by UPRR against the K Line Parties in 06 Civ. 2557;

5. Cross-Claim asserted by the K Line Parties against UPRR in 06 Civ. 2956;

6. Cross-Claim asserted by UPRR against the K Line Parties in 06 Civ. 2956;

7. Cross-Claim asserted by the K Line Parties against UPRR in 06 Civ. 2962;

8. Cross-Claim asserted by UPRR against the K Line Parties in 06 Civ. 2962;

9. Cross-Claim asserted by the K Line Parties against UPRR in 06 Civ. 3038;

10. Cross-Claim asserted by UPRR against the K Line Parties in 06 Civ. 3038;

11. Cross-Claim asserted by the K Line Parties against UPRR in 06 Civ. 3040;

12. Cross-Claim asserted by UPRR against the K Line Parties in 06 Civ. 3040;

13. Cross-Claim asserted by the K Line Parties against UPRR in 06 Civ. 3042;

14. Cross-Claim asserted by UPRR against the K Line Parties in 06 Civ. 3042;

15. Third-Party Claim asserted by UPRR against the K Line Parties in 06 Civ. 3042;

16. Counter-Claim asserted by the K Line Parties against UPRR in 06 Civ. 3042;

17. Cross-Claim asserted by the K Line Parties against UPRR in 06 Civ. 5159; and

18. Cross-Claim asserted by UPRR against the K Line Parties in 06 Civ. 5159.

As used herein, the term K Line Parties refers to KL (only) or KAM (only) where only KL or KAM have asserted the claims at issue, or where the claims at issue have only been asserted against one of them, as the case may be.

The undersigned parties hereby consent to the entry of this Order without further notice. Notice of this Stipulation has been served on all other parties.

Dated:  June 30 2008
        New York, New York

"K" LINE AMERICA, INC. &
KAWASAKI KISEN KAISHA, LTD.                UNION PACIFIC RAILROAD COMPANY

*(signature)*                              *(signature)*

John D. Kimball, Esq. (JK-2005)            Barry N. Gutterman (BG-6410)
BLANK ROME LLP                             BARRY N. GUTTERMAN & ASSOCIATES
405 Lexington Avenue                       60 East 42nd Street
New York, New York 10174                   New York, New York 10165
(212) 885-5000                             (212) 983-1466
jkimball@blankrome.com                     bngassc@aol.com

                                           Kyle Wallor, Esq. (*pro hac vice*)
                                           LAMSON, DUGAN & MURRAY, LLP
                                           10306 Regency Parkway Drive
                                           Omaha, Nebraska 68114-3743
                                           (402) 397-7300
                                           kwallor@ldmlaw.com

It is SO ORDERED this 3rd day of July, 2008.

*(signature)*

BARBARA S. JONES
United States District Judge

-3-

692233.00385/6648982v.1